914

No. 715.   FLECK ET AL. *v.* CLEVELAND BAR ASSOCIATION, 369 U. S. 861;

No. 748.   SIMPSON, DOING BUSINESS AS MID-SEVEN TRANSPORTATION CO., *v.* UNITED STATES, 369 U. S. 526; and

No. 818.   UNITED STATES LINES CO. ET AL. *v.* VAN CARPALS, 369 U. S. 865.   Petitions for rehearing denied.

JUNE 11, 1962.*

No. 923.   BALTIMORE & OHIO RAILROAD CO. ET AL. *v.* BOSTON & MAINE RAILROAD ET AL.;

No. 924.   MARYLAND PORT AUTHORITY ET AL. *v.* BOSTON & MAINE RAILROAD ET AL.; and

No. 925.   INTERSTATE COMMERCE COMMISSION *v.* BOSTON & MAINE RAILROAD ET AL.   Appeals from the United States District Court for the District of Massachusetts. Probable jurisdiction noted.   MR. JUSTICE WHITE took no part in the consideration or decision of these cases. *Jervis Langdon, Jr., Richard R. Bongartz, Robert B. Claytor, John Henry Lewin* and *William C. Purnell* for appellants in No. 923.   *William L. Marbury, Chas. R. Seal, J. Cookman Boyd, Jr., Donald Macleay, John Martin Jones, Jr., Morris Duane, Warren Price, Jr., David Berger* and *Robert M. Beckman* for appellants in No. 924. *Robert W. Ginnane* and *I. K. Hay* for appellant in No. 925.   *John H. Colgren, Robert G. Bleakney, Jr., Thomas P. Hackett, Henry E. Foley, John F. Reilly, Raymond W. Troy, Louis J. Lefkowitz, Dunton F. Tynan, Walter J. Myskowski, Leo A. Larkin, Charles W. Merritt, Sidney Goldstein, F. A. Mulhern, Arthur L. Winn, Jr., Samuel H. Moerman* and *James M. Henderson* for appellees.   Reported below: 202 F. Supp. 830.

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.